No. 23-16030[1]

# IN THE
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

HELEN DOE, parent and next friend of Jane Doe, et al.,

*Plaintiffs-Appellees*,

V.

THOMAS C. HORNE, in his official capacity as
State Superintendent of Public Instruction, et al.,

*Defendants-Appellants*,

And

WARREN PETERSEN, Senator, President of the
Arizona State Senate;
BEN TOMA, Representative, Speaker of the
Arizona House of Representatives,

*Real Parties In Interest.*

Appeal from the United States District Court
District of Arizona

**EMERGENCY MOTION UNDER CIRCUIT RULE 27-3
FOR STAY PENDING APPEAL**

**RELIEF REQUESTED BY AUGUST 14, 2023**

| | |
|---|---|
| Dennis I. Wilenchik, #005350 | Maria Syms, Bar No. 023019 |
| Karl Worthington, #018703 | Director of Legal Services |
| Wilenchik & Bartness, P.C. | Arizona Department of Education |
| 2810 North Third Street | 1535 West Jefferson, BIN #50 |
| Phoenix, Arizona 85004 | Phoenix, Arizona 85007 |
| admin@wb-law.com | Maria.Syms@azed.gov |

*Counsel for Thomas C. Horne*

---

[1] Appellant Horne has filed a motion to consolidate this appeal with 23-16026.

## CIRCUIT RULE 27-3 CERTIFICATE

Pursuant to Circuit Rule 27-3(a), I hereby certify that to avoid irreparable harm to petitioner Thomas C. Horne, in his capacity as State Superintendent of Instruction, relief is needed in less than 21 days' time.

1. Contact Information for Attorneys for All Parties:

**Counsel for Petitioner:**
Dennis I. Wilenchik
Karl Worthington
(602) 606-2810
2810 North Third Street
Phoenix, Arizona 85004
diw@wb-law.com
mckayw@wb-law.com

Maria Syms
(602) 542-5240
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
Maria.Syms@azed.gov

*Counsel for Thomas C. Horne*

**Counsel for Plaintiffs/Appellees:**
Colin Proksel
(602) 640-9000
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
cproksel@omlaw.com

Jyotin Hamid
Justin R. Rassi
Amy C. Zimmerman
(212) 909-6000
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
jhamid@debevoise.com
jrassi@devevoise.com
azimmerman@debevoise.com

Amy Whelan
Rachel Berg
(415) 343-7679
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California 94102
awhelan@nclrights.org
rberg@nclrights.org

**Counsel for remaining real parties in interest:**
Jordan Ellel
(480) 345-3746
500 West Guadalupe Road
Tempe, Arizona 85283
jellel@tempeunion.org
*Counsel for Defendants Kyrene School District and Laura Toenjes*

Kristian E. Nelson
Gregg E. Clifton
(602) 385-1040
Lewis Brisbois Bisgaard & Smith LLP
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Kristian.Nelson@lewisbrisbois.com
Gregg.Clifton@lesisbrisbois.com
azdocketing@lewisbrisbois.com
*Counsel for Defendant Arizona Interscholastic Association, Inc.*

D. John Sauer
Justin D. Smith
(314) 562-0031
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
John.Sauer@jame-otis.com
*Counsel for Defendants President Petersen and Speaker Toma*

David C. Potts
Ashley E. Caballero-Daltrey
(602) 263-4547
Jones, Skelton & Hochuli P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
dpotts@sjhfirm.com
adaltrey@jshfirm.com
*Counsel for Defendant The Gregory School*

Lisa Anne Smith
(520) 322-5000
Deconcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Ste. 200
Tucson, Arizona 85716
lasmith@dmyl.com
*Counsel for Defendant The Gregory School*

2.  Facts Demonstrating the Nature of the Emergency:

Following the District Court's entry of an order granting Plaintiffs' request for preliminary injunction on July 20, 2023 (the "Preliminary Injunction Ruling"), Intervenor-Defendants/Appellants Warren Petersen in his capacity as President of the Arizona State Senate and Ben Toma in his capacity as Speaker of the Arizona House of Representative ("Legislative Intervenors") filed a Motion for Stay in the District Court on July 24, 2023 (the "Legislative Intervenors' Emergency Motion for Stay"). The District Court denied the request for stay on July 31, 2023. The

Legislative Intervenors then filed with this Court an Emergency Motion Under Circuit Rule 27-3 For A Stay Pending Appeal on August 1, 2023.

As a result of the Preliminary Injunction Ruling, unless stayed, Plaintiff Doe will participate in a cross-country competition during the week of August 14, 2023. That participation will be in violation of the Save Women's Sports Act, A.R.S. § 15-120.02, which otherwise precludes Doe from competing against biological girls in school sports programs. Unless Doe finishes the race behind every biological girl participating in the race, Doe's participation will necessarily displace a biological girl from finishing in a higher-ranked position. Those biological girls will be irreparably harmed in the absence of a stay. Superintendent Horne therefore respectfully requests a ruling on this motion for stay by August 14, 2023.

3. Notice to Counsel:

The Legislative Intervenors conferred with Plaintiffs regarding their Emergency Motion for Stay. Plaintiffs stated that they oppose a stay of the preliminary injunction and do not consent to the Legislative Intervenors' Motion for Stay. Superintendent Horne will email a copy of his Emergency Motion for Stay to all counsel, who will also receive electronic notification at the time of filing.

4. Submissions to the District Court:

The Legislative Intervenors moved for a stay in the District Court two days after the District Court issued its order granting a preliminary injunction on July 24, 2023. The District Court denied the Legislative Intervenors' request on July 31, 2023.

## ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 28(i), Superintendent Horne joins and incorporates by reference the Legislative Leaders Emergency Motion for Stay.

RESPECTFULLY SUBMITTED this 3rd day of August, 2023.

                        WILENCHIK & BARTNESS, P.C.

                        */s/ Dennis Wilenchik*
                        Dennis I. Wilenchik, Esq.
                        Karl Worthington, Esq.
                        The Wilenchik & Bartness Building
                        2810 North Third Street
                        Phoenix, Arizona 85004
                        admin@wb-law.com

                        */s/ Maria Syms*
                        Maria Syms, Esq.
                        Director of Legal Services
                        Arizona Department of Education
                        1535 West Jefferson, BIN #50
                        Phoenix, Arizona 85007
                        Maria.Syms@azed.gov

                        *Counsel for Thomas C. Horne*

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

9th Cir. Case Number(s) <u>23-16030 and 23-16026</u>

I am the attorney or self-represented party.

This brief contains 357 words, including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief (select only one):

[X] complies with the word limit of Cir. R. 32-1.
[ ] is a cross-appeal brief and complies with the word limit of Cir. R. 28.1-1.
[ ] is an amicus brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).
[ ] is for a death penalty case and complies with the word limit of Cir. R. 32-4.
[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because (select only one):
[ ] it is a joint brief submitted by separately represented parties.
[ ] a party or parties are filing a single brief in response to multiple briefs.
[ ] a party or parties are filing a single brief in response to a longer joint brief.
[ ] complies with the length limit designated by court order dated _____.
[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

Signature: <u>*/s/ Dennis Wilenchik*</u>

Date: <u>August 3, 2023</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system on August 3, 2023.

In addition, a courtesy copy of the foregoing has been provided via email to the following counsel for Plaintiffs and other real parties in interest:

Colin Proksel
(602) 640-9000
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
cproksel@omlaw.com

Jyotin Hamid
Justin R. Rassi
Amy C. Zimmerman
(212) 909-6000
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
jhamid@debevoise.com
jrassi@devevoise.com
azimmerman@debevoise.com

Amy Whelan
Rachel Berg
(415) 343-7679
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California 94102
awhelan@nclrights.org
rberg@nclrights.org
*Counsel for Plaintiffs*

Jordan Ellel
(480) 345-3746
500 West Guadalupe Road
Tempe, Arizona 85283
jellel@tempeunion.org
*Counsel for Defendants Kyrene School District and Laura Toenjes*

Kristian E. Nelson
Gregg E. Clifton
(602) 385-1040
Lewis Brisbois Bisgaard & Smith LLP
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Kristian.Nelson@lewisbrisbois.com
Gregg.Clifton@lesisbrisbois.com
azdocketing@lewisbrisbois.com
*Counsel for Defendant Arizona Interscholastic Association, Inc.*

D. John Sauer
Justin D. Smith
(314) 562-0031
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
John.Sauer@jame-otis.com
*Counsel for Defendants President Petersen and Speaker Toma*

David C. Potts
Ashley E. Caballero-Daltrey
(602) 263-4547
Jones, Skelton & Hochuli P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
dpotts@sjhfirm.com
adaltrey@jshfirm.com
*Counsel for Defendant The Gregory School*

Lisa Anne Smith
(520) 322-5000
Deconcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Ste. 200
Tucson, Arizona 85716
lasmith@dmyl.com
*Counsel for Defendant The Gregory School*

                                        */s/ Dennis Wilenchik*
                                        Dennis Wilenchik

                                        *Counsel for Thomas C. Horne*